**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **BRIAN THOMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00060-NT |
| ) | Consent Confidentiality Order |
| **JOHNSON CONTROLS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

The parties, by their respective counsel, respectfully move this Court to approve and enter the Confidentiality Order attached hereto as Exhibit 1.

Dated: May 10, 2023

Respectfully Submitted,

/s/ Aimee B. Parsons
Aimee B. Parsons, Esq., Bar No. 6395
Attorney for Defendant
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, Maine 04101
(207) 387-2963
aimee.parsons@ogletree.com

/s/ Laura H. White
Laura H. White, Esq., Bar No. 4025
Attorney for Plaintiff
WHITE & QUINLAN, LLC
62 Portland Rd., Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com

## **CERTIFICATE OF SERVICE**

I, Aimee B. Parsons, hereby certify that on this 10th day of May, 2023, the foregoing document was served on counsel for all other parties via electronic mail.

        Laura H. White
        WHITE & QUINLAN, LLC
        62 Portland Road, Suite 21
        Kennebunk, ME  04043
        lwhite@whiteandquinlan.com

        *Attorney for Plaintiff*

        /s/ Aimee B. Parsons
        Aimee B. Parsons