UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN THOMPSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 2:22-cv-00060-NT |
| JOHNSON CONTROLS, INC., | ) ) ) |
| Defendant | ) ) |

**ORDER RE: DISCOVERY DISPUTE**

On May 31, 2023, I held a hearing to address disputes over the Defendant's failure to (1) produce documents pursuant to requests for production of documents (RPD) Nos. 20 and 22 reflecting work by employees the Plaintiff considers comparators or (2) answer Interrogatory No. 8, seeking details on the Reduction in Force that led to the Plaintiff's termination. *See* ECF Nos. 25-26, 28. Attorney White appeared for the Plaintiff, and Attorney Parsons appeared for the Defendant.

With respect to the first issue, I **DIRECTED** that the Defendant (1) produce documents reflecting, for the period from 2018 to the present, the nature of work performed in Maine by Greg Tobias, Robert Morris, and Gary Laweryson and the time each spent performing that work, and (2) determine whether there are time sheets, billing records, or other documents searchable by employee name and project name or place that could identify the approximately seven additional employees from New Hampshire and Rhode Island who performed fire suppression or fire alarm work for the Defendant in Maine during that time period.

With respect to the second issue, I **DIRECTED** that the Defendant (1) provide the Plaintiff with dates of birth for employees listed in the already-produced confidential document "JCI 860," and (2) produce with respect to Tobias, if available, either a document similar to "JCI 859" or document(s) containing that information.

Finally, I **DIRECTED** that, no later than Friday, June 30, 2023, the parties file a joint status report reflecting the status of these discovery disputes and of discovery in general. I urged both sides to work in good faith to resolve their remaining disputes expeditiously.

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: June 2, 2023

/s/ Karen Frink Wolf
United States Magistrate Judge