# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN THOMPSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHNSON CONTROLS, INC.,** )<br>)<br>Defendant ) | Case No. 2:22-cv-00060-NT |

## JOINT MOTION TO EXTEND DISCOVERY AND REMAINING DEADLINES

Plaintiff Brian Thompson ("Thompson") and Defendant Johnson Controls, Inc. ("JCI"), (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move to extend the remaining scheduling order deadlines in this case. Good cause exists to grant the relief requested herein pursuant to Fed. R. Civ. P. 6(b)(1)(A) for the following reasons:

1. Pursuant to ECF No. 31, and following a discovery conference, the Court extended discovery in the above-captioned case, setting a deadline of June 30, 2023 for the Parties to file a Joint Status Report.

2. In light of the Court's indefinite extension of the discovery deadline pending review of the Parties' Joint Status Report, the Parties now request that the Court cancel the Final Pre-Trial Conference scheduled for June 8, 2023, remove this matter from the July trial docket, and stay all remaining deadlines, pending review of the Joint Status Report.

WHEREFORE, the Parties jointly request that the Court grant their motion to extend discovery and stay the remaining deadlines as set forth herein.

Respectfully submitted,

Dated: June 7, 2023                            /s/ Laura H. White

                                                                Laura H. White, Esq., Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Rd., Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com


Dated: June 7, 2023                            /s/ Aimee B. Parsons

                                                                Aimee B. Parsons, Esq., Bar No. 6395
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, Maine 04101
(207) 387-2963
aimee.parsons@ogletree.com

## CERTIFICATE OF SERVICE

    I, Aimee B. Parsons, hereby certify that on this 7th day of June, 2023, I filed the foregoing Joint Motion to Extend Discovery and Remaining Deadlines with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

    Laura H. White
    WHITE & QUINLAN, LLC
    62 Portland Road, Suite 21
    Kennebunk, ME  04043
    lwhite@whiteandquinlan.com
    *Attorney for Plaintiff*

    /s/ Aimee B. Parsons
    Aimee B. Parsons