# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN THOMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00060-NT |
| ) | |
| **JOHNSON CONTROLS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT PROPOSAL FOR REMAINING PRETRIAL DEADLINES

Plaintiff Brian Thompson ("Thompson") and Defendant Johnson Controls, Inc. ("JCI"), (collectively, the "Parties"), by counsel and pursuant to the Court's Order dated July 6, 2023 (ECF No. 35), submit this joint proposal for remaining pretrial deadlines in the above-captioned case:

The parties continue to exchange discovery documents, and an additional discovery conference may be necessary. Settlement negotiations are ongoing as well. The parties propose the following deadlines to complete discovery and move this case forward to trial if it cannot be resolved:

| | |
|---|---|
| Discovery deadline: | September 1, 2023 |
| Deadline re: notice/summary judgment: | September 8, 2023. |
| Motion deadline: | September 22, 2023. |
| Trial ready: | October 2023. |

                                                Respectfully submitted,

Dated: July 14, 2023                      */s/Laura H. White*
                                                Laura H. White, Esq., Bar No. 4025
                                                *Attorney for Plaintiff*
                                                WHITE & QUINLAN, LLC
                                                62 Portland Rd., Suite 21
                                                Kennebunk, ME 04043
                                                (207) 502-7484
                                                *lwhite@whiteandquinlan.com*

Dated: July 14, 2023                      */s/ Aimee B. Parsons*
                                                Aimee B. Parsons, Esq., Bar No. 6395
                                                *Attorney for Defendant*
                                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                                Two Monument Square, Suite 703
                                                Portland, Maine 04101
                                                (207) 387-2963
                                                *aimee.parsons@ogletree.com*

## **CERTIFICATE OF SERVICE**

    I, Laura H. White, hereby certify that on this 14th day of July, 2023, I filed the foregoing Joint Proposal for Remaining Pretrial Deadlines with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: July 14, 2023                                        */s/ Laura H. White*

                                                                           Laura H. White
                                                                           *Attorney for Plaintiff*
                                                                           WHITE & QUINLAN, LLC
                                                                           62 Portland Road, Suite 21
                                                                           Kennebunk, ME 04043
                                                                           Phone: (207) 502-7484
                                                                           *lwhite@whiteandquinlan.com*