UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN THOMPSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHNSON CONTROLS, INC.,** )<br>)<br>Defendant ) | **Case No. 2:22-cv-00060-NT** |

### PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Brian Thompson, by and through their undersigned counsel, hereby moves for a 30-day extension of the remaining scheduling order deadlines in this case pursuant to Fed. R. Civ. P. 6(b)(1)(B) for the following reasons:

1.  Under the "excusable neglect" standard of Rule 6(b)(1)(B), the Court should extend the discovery deadline that passed on September 1, 2023 because the parties may be close to resolving this case.

2.  Settlement discussions have been ongoing, and Plaintiff has agreed to defer taking the depositions and receiving any remaining discovery documents if the settlement proposed by both sides is accepted.

3.  Defense counsel indicated that a final determination about settlement would occur last week.

4.  On Friday, September 1, 2023, Plaintiff's counsel was on vacation. On Tuesday, September 5, 2023, Plaintiff's counsel had jury selection in Penobscot County. Therefore, Plaintiff's counsel was not able to file this Motion by September

1, 2023. Plaintiff did not want to file this Motion yesterday if a settlement had been finalized, but as of this filing the case has not resolved.

5. Plaintiff has reached out to Defendant for its position on this Motion but has not yet heard a response.

WHEREFORE, Plaintiff requests that the Court grant her Motion to Extend Discovery Deadline, with the remaining deadlines extended as follows:

Discovery deadline: October 2, 2023

Deadline re: notice/summary judgment: October 9, 2023.

Motion deadline: October 23, 2023.

Trial ready: November 2023.

Respectfully submitted,

Dated: September 7, 2023    /s/ Laura H. White

_____
Laura H. White, Esq., Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Rd., Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com

## CERTIFICATE OF SERVICE

      I, Laura H. White, hereby certify that on this 7th day of September, 2023, I filed the foregoing Plaintiff's Motion to Extend Discovery Deadline with the Court's CM/ECF system, which automatically sends notification to all counsel of record.


Dated: September 7, 2023                    */s/ Laura H. White*

                                                  Laura H. White
                                                  *Attorney for Plaintiff*
                                                  WHITE & QUINLAN, LLC
                                                  62 Portland Road, Suite 21
                                                  Kennebunk, ME 04043
                                                  Phone: (207) 502-7484
                                                  *lwhite@whiteandquinlan.com*