UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN THOMPSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHNSON CONTROLS, INC.,** )<br>)<br>Defendant ) | Case No. 2:22-cv-00060-NT |

**DEFENDANT'S NOTICE OF INTENT
TO FILE MOTION FOR SUMMARY JUDGMENT AND
NEED FOR A PRE-FILING CONFERENCE**

Pursuant to Local Rule 56(h)(2) of the United States District Court for the District of Maine, and the Scheduling Order issued in the above-captioned action (ECF No. 39), Defendant, Johnson Controls, Inc. hereby gives notice of its intent to file for summary judgment and the need for a pre-filing conference with a judicial officer.

DATED: September 25, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Aimee B. Parsons
Aimee B. Parsons
State Bar No. 6395
Two Monument Square, 7th Floor
Portland, ME 04101
Telephone: 207-387-2957
aimee.parsons@ogletree.com

*Attorney for Defendant, Johnson Controls, Inc.*

**CERTIFICATE OF SERVICE**

I, Aimee B. Parsons, hereby certify that on this 25th day of September 2023, the foregoing document was served on counsel for all other parties via electronic mail.

>Laura H. White
>WHITE & QUINLAN, LLC
>62 Portland Road, Suite 21
>Kennebunk, ME  04043
>lwhite@whiteandquinlan.com
>
>*Attorney for Plaintiff*

/s/ Aimee B. Parsons
Aimee B. Parsons

58451412.v1-OGLETREE