UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNSON CONTROLS, INC. )<br>)<br>Defendant ) | Case No. 2:22-cv-00060-NT |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME**

Plaintiff Brian Thompson, by and through undersigned counsel, hereby moves with the consent of Defendant to extend the time to file a stipulation of dismissal in the above-captioned case. Good cause exists to grant the extension of time sought for the following reasons:

1.    The parties have reached a settlement in this case but need an additional 45 days to finalize the settlement.

2.    The deadline to file a stipulation of dismissal expires today.

3.    The parties anticipate that they will be able to file a stipulation of dismissal by December 14, 2023.

4.    Defendant joins in and consents to this Motion.

WHEREFORE, Plaintiff requests that the Court grant a 45-day extension of the time to file a stipulation of dismissal in the above-captioned case until December 14, 2023.

1

                                        Respectfully submitted,

Dated: October 30, 2023          */s/ Laura H. White*

                                        _____
                                        Laura H. White, Esq. (Bar No. 4025)
                                        *Attorney for Plaintiff*
                                        WHITE & QUINLAN, LLC
                                        62 Portland Road, Suite 21
                                        Kennebunk, Maine 04043
                                        (207) 502-7484
                                        *lwhite@whiteandquinlan.com*

## **CERTIFICATE OF SERVICE**

      I, Laura H. White, hereby certify that on this 30th day of October, 2023, I served the foregoing Plaintiff's Consent Motion to Extend Time with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: October 30, 2023                      */s/ Laura H. White*

                                               _____
                                               Laura H. White, Esq. (Bar No. 4025)
                                               *Attorney for Plaintiff*
                                               WHITE & QUINLAN, LLC
                                               62 Portland Road, Suite 21
                                               Kennebunk, Maine 04043
                                               (207) 502-7484
                                               *lwhite@whiteandquinlan.com*