UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN THOMPSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHNSON CONTROLS, INC.,** )<br>)<br>Defendant. ) | **Case No. 2:22-cv-00060-NT** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party.

Dated: January 23, 2024

*/s/ Aimee B. Parsons*
_____
Aimee B. Parsons, Esq.
*Attorney for Defendant*
Ogletree Deakins
2 Monument Square, 7th Floor
Portland, Maine 04101
(207) 387-2985
Aimee.parsons@ogletree.com

*/s/ Laura H. White*
_____
Laura H. White, Esq. Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
lwhite@whiteandquinlan.com

1

## CERTIFICATE OF SERVICE

      I, Laura H. White, hereby certify that on this 23rd day of January, 2024, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: January 23, 2024

                                              */s/ Laura H. White*

                                              Laura H. White, Esq. Bar No. 4025
                                              *Attorney for Plaintiff*
                                              WHITE & QUINLAN, LLC
                                              62 Portland Road, Suite 21
                                              Kennebunk, Maine 04043
                                              (207) 502-7484
                                              lwhite@whiteandquinlan.com